Opinion issued May 16, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00887-CV

_____

**ANA MARIA LARA, Appellant**

**V.**

**JOSE SANCHEZ, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-19246**

---

### MEMORANDUM OPINION

Appellee, Jose Sanchez, filed a partially unopposed motion to abate this appeal due to pending settlement negotiations and arbitration proceedings. We granted the motion and abated the appeal. In the order of abatement, we instructed the parties to "file a motion to reinstate and dismiss the appeal, a motion to reinstate

and proceed with the appeal, or a report advising the Court of the status of the settlement negotiations and arbitration proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure."

Because the parties did not respond as directed, we reinstated the appeal on the Court's active docket. We also directed appellant, Ana Maria Lara, to file a motion or report advising the Court of the status of the settlement negotiations and arbitration proceedings within thirty days of the date of our order and we notified appellant that her appeal was subject to dismissal if she failed to respond as directed. Appellant did not respond to the court's order. *See* TEX. R. APP. P. 42.3(b) & (c) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution and failure to respond to a court order. *See* TEX. R. APP. P. 38.8(a), 42.3(b) & (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.